STATE v. HALTOM

No. 105 PC and No. 107.

Case below: 19 N.C. App. 646.

Petition for writ of certiorari to North Carolina Court of Appeals denied 9 January 1974. Appeal dismissed ex mero motu for lack of substantial constitutional question 9 January 1974.

STATE v. HARRELL (HARRILL)

No. 152 PC.

Case below: 20 N.C. App. 352.

Petition for writ of certiorari to North Carolina Court of Appeals denied 5 February 1974.

STATE v. HEARD and JONES

No. 125 PC.

Case below: 20 N.C. App. 124.

Petition by defendants Heard and Jones for writ of certiorari to North Carolina Court of Appeals denied 5 February 1974. Motion of Attorney General to dismiss appeal of defendant Jones denied 5 February 1974.

STATE v. HOLLAND

No. 142 PC.

Case below: 20 N.C. App. 235.

Petition for writ of certiorari to North Carolina Court of Appeals denied 5 February 1974.

STATE v. HULTMAN

No. 123 PC.

Case below: 20 N.C. App. 201.

Petition for writ of certiorari to North Carolina Court of Appeals denied 5 February 1974.